JOHN D. McEWEN, Respondent, v. ANNIE McEWEN, as Executrix, etc., of JAMES L. McEWEN, Deceased, Appellant.— Judgment and order affirmed,

with costs. No opinion. Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ., concurred.